FREDERICK H. McCULLOCH ET AL. v. STEPHEN BARNEBEE ET AL.

*Chancery Record.*

The Court will not disturb a decree dismissing a bill where documents on which the rights of the parties depend are not set out in the record or proofs.

Appeal from St. Joseph. Submitted April 22. Decided April 30.

BILL for accounting. Complainants appeal.

*O. J. Fast* and *Dallas Boudeman* for complainants.

*Germain H. Mason* and *John B. Shipman* for defendants.

MARSTON C. J. The record in this case is imperfect in that certain instruments under which the rights and responsibilities of the parties were created do not appear. Apart from this, however, an examination of the evidence returned shows that complainants have no equity in support of their claim against defendant Barnebee. As the record stands it might not be safe, and certainly would not be profitable, to enter upon an extended discussion of the questions of fact presented, and none, therefore, will be attempted.

The decree dismissing the bill must be affirmed with costs.

The other Justices concurred.